**Francisco Juarez TORRES, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 05–72357.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 6, 2006.*

Filed Nov. 15, 2006.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Francisco Juarez Torres, Los Angeles, CA, pro se.

Office of the District Counsel, Department of Homeland Security, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Virginia Lum, Stacy S. Paddack, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: LEAVY, GOULD and CLIFTON, Circuit Judges.

## MEMORANDUM **

Francisco Juarez Torres, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' order affirming without opinion an immigration judge's ("IJ") decision denying his application for cancellation of removal. We have jurisdiction under 8 U.S.C.

** This disposition is not appropriate for publication and may not be cited to or by the

§ 1252. We review de novo claims of constitutional violations in immigration proceedings. See Ram v. INS, 243 F.3d 510, 516 (9th Cir.2001). We deny the petition for review.

■ Substantial evidence supports the IJ's determination that Juarez Torres is ineligible for cancellation of removal because he lacks a qualifying relative. See 8 U.S.C. § 1229b(b)(1)(D). To the extent Juarez Torres contends that Congress failed to comport with equal protection when it repealed suspension of deportation and replaced it with cancellation of removal as the available form of relief for aliens who were placed in removal proceedings on or after April 1, 1997, the contention is unavailing. See Vasquez–Zavala v. Ashcroft, 324 F.3d 1105, 1108 (9th Cir.2003); Hernandez–Mezquita v. Ashcroft, 293 F.3d 1161, 1163–65 (9th Cir.2002).

## PETITION FOR REVIEW DENIED.